SHARWLINE NICHOLSON et al., Respondents, v NICHOLAS SCOPPETTA et al., Appellants, et al., Defendants.

Submitted June 14, 2004; decided June 24, 2004

Submitted May 24, 2004; decided June 24, 2004

Motion by New York Legal Assistance Group et al. for leave to file a brief amici curiae on consideration of certified question

herein granted to the extent that the proposed brief is accepted as filed. Two additional copies of the brief may be served within 10 days.